1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751



FILED

MAR 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 2:11-CR-0119 LKK
                                 )
         Plaintiff,              )
                                 )   ORDER SEALING INDICTMENT
    v.                           )
                                 )   **UNDER SEAL**
ROBERT HANRAHAN, aka "Bubba,"    )
JUAN GALLEGOS, aka "Wino,"       )   [Fed. R. Crim. P. 6(e)(4)]
CAROLYN HUERTA,                  )
JORGE SANDOVAL, aka "G,"         )
DANNY PEREDA, aka "T-Mighty,"    )
and                              )
REBECCA GUZMAN, aka "LG,"        )
                                 )
         Defendants.             )
_____)

   The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jason Hitt to seal the Indictment, and this Order, in the above-referenced case shall be SEALED until further order of the Court.

DATED: 3-10-2011

                                 _____
                                 HONORABLE EDMUND F. BRENNAN
                                 United States Magistrate Judge