FILED
MAR 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HANRAHAN, aka "Bubba,"<br>JUAN GALLEGOS, aka "Wino,"<br>CAROLYN HUERTA,<br>JORGE SANDOVAL, aka "G,"<br>DANNY PEREDA, aka "T-Mighty,"<br>and<br>REBECCA GUZMAN, aka "LG,"<br><br>　　　　　Defendants. | Case No. 2:11-cr-0119 LKK<br><br>ORDER UNSEALING INDICTMENT<br><br>[Fed. R. Crim. P. 6(e)(4)] |

　　For the reasons set forth in the government's Motion to Unseal Indictment, the Court hereby orders that the Indictment in <u>United States v. Hanrahan, et al.</u>, Case No. 2:11-cr-0119 LKK, be **UNSEALED**.

DATED: March 24, 2011

　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE