# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-0119 WBS |
| Plaintiff, | ) | |
| v. | ) | |
| Robert HANRAHAN, et al., | ) | |
| Defendants. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:

(X) Ad Prosequendum  () Ad Testificandum

Name of Detainee: **Robert Patrick HANRAHAN, CDC No. F71131**
Detained at (custodian): Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, California 95531

Detainee is:  a.) () charged in this district by: (X) Indictment  () Information  () Complaint
charging detainee with: conspiracy to traffic methamphetamine, cocaine, etc.
or  b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) () return to the custody of detaining facility upon termination of proceedings
or  b.) (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a drug trafficking indictment in Case No. 2:11-cr-0119 WBS.*

Signature: /s/ Jason Hitt
Printed Name & Phone No: Jason Hitt  916-554-2751
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum  () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Detainee: **Robert Patrick HANRAHAN, CDC No. F71131**   X  Male   ___ Female

| | |
|---|---|
| Detained at (custodian): | Pelican Bay State Prison |
| Facility Address: | ATTN: Mr. William Barlow |
| | Pelican Bay State Prison |
| | 5905 Lake Earl Drive |
| | Crescent City, California 95531 |
| Facility Phone: | (707) 465-9021 |

_____

**RETURN OF SERVICE**

Executed on  _____       By: _____