```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   WILLIAM S. WONG
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0119 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE |
| v. | |
| ROBERT HANRAHAN, et al., | |
| Defendants. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorneys Jason Hitt and William S. Wong, and defendants Robert HANRAHAN, by and through his counsel Linda Fullerton, Esq., Juan GALLEGOS, by and through his counsel Donald Dorfman, Esq., Danny PEREDA, by and through his counsel Gail Shifman, Esq., Carolyn HUERTA, by and through her counsel Phil Cozens, Esq., George SANDOVAL, by and through his counsel Tim Pori, Esq., and Rebecca GUZMAN, by and through her counsel Kirk McAllister, Esq., stipulate and agree that the existing status conference date of March 12, 2012, should be vacated. The parties further stipulate and agree that a status conference should be set

for April 23, 2012, at 9:30 a.m.

The parties believe a continuance of the status conference from March to April will save judicial resources by eliminating an unnecessary status conference because the defense counsel are actively investigating the case and evaluating the trial transcripts from the previous 2009 and 2010 trials conducted in the related case of United States v. Diaz, et al., Case No. 2:07-cr-0248 WBS.  In addition, the government has provided draft plea agreements to two of the defendants and is in active negotiations with a third defendant to reach a possible resolution.  The time from March to April will give all the parties additional time to try and resolve at least some of the pending defendants and, for those not resolving their case, discuss possible trial dates to be cleared with the Court.  For these reasons, the parties respectfully request that the Court vacate the March 12, 2012 status conference date and set a new status conference date of April 23, 2012, at 9:30 a.m. because it should achieve a significant savings of time and judicial resources while the parties get closer to reaching resolution or setting a trial date.

The parties further stipulate and agree that the defendants and defense counsel will benefit greatly from the additional time between March and April in order for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1    In addition, each defendant's counsel concurs the Court's
2 earlier finding that this matter is "complex" within the meaning of
3 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) because of the
4 voluminous discovery, including three Title III wiretaps, the
5 complexity and nature of the underlying conspiracy theory involving
6 both gang and drug trafficking activities, and the intertwined
7 related case involving many convicted defendants in <u>United States v.</u>
8 <u>Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS.  The parties therefore
9 stipulate that time between March 12, 2012, and April 23, 2012,
10 should be excluded from the Speedy Trial Act based upon the
11 complexity of this case under 18 U.S.C. § 3161(h)(7)(B)(ii) and
12 Local Code T2.

13                                       Respectfully Submitted,

14                                       BENJAMIN B. WAGNER
                                         United States Attorney
15

16 DATED:   March 13, 2012         By:   /s/Jason Hitt
                                         JASON HITT
17                                       WILLIAM S. WONG
                                         Assistant U.S. Attorneys
18

19 DATED:   March 13, 2012         By:   /s/Jason Hitt
                                         Authorized to sign for Ms.
20                                       Fullerton, Esq. on 03-08-12
                                         LINDA FULLERTON
21                                       Attorney for Robert HANRAHAN

22 DATED:   March 13, 2012         By:   /s/Jason Hitt
                                         Authorized to sign for Mr.
23                                       Dorfman, Esq. on 03-08-12
                                         DONALD DORFMAN, Esq.
24                                       Attorney for Juan GALLEGOS

25 DATED:   March 13, 2012         By:   /s/Jason Hitt
                                         Authorized to sign for Ms.
26                                       Shifman on 03-08-12
                                         GAIL SHIFMAN, Esq.
27                                       Attorney for Danny PEREDA

28

```
1  DATED:  March 13, 2012         By:  /s/Jason Hitt
                                       Authorized to sign for Mr.
2                                      Pori on 03-08-12
                                       TIM PORI, Esq.
3                                      Attorney for George SANDOVAL

4  DATED:  March 13, 2012         By:  /s/Jason Hitt
                                       Authorized to sign for Mr.
5                                      Cozens on 03-08-12
                                       PHIL COZENS, Esq.
6                                      Attorney for Carolyn HUERTA

7  DATED:  March 13, 2012         By:  /s/Jason Hitt
                                       Authorized to sign for Mr.
8                                      McAllister on 03-08-12
                                       KIRK McALLISTER, Esq.
9                                      Attorney for Rebecca GUZMAN
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter is set for March 12, 2012, at 9:30 a.m. is VACATED;

2. A new status conference date is set for April 23, 2012, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from March 12, 2012, up to and including April 23, 2012. The Court further finds that this case complex and unusual because of the voluminous discovery supporting the charges, the unique form of drug conspiracy in the case, and extensive trial transcripts from the related case involving many convicted defendants in <u>United States v. Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS. Accordingly, time under the Speedy Trial Act shall be excluded through April 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2.

**IT IS SO ORDERED.**

DATED: March 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE