Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Carolyn Huerta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 2:11-CR-0119 WBS |
| ) | |
| Plaintiff,                      ) | STIPULATION FOR CONTINUANCE OF |
| ) | STATUS CONFERENCE FROM JUNE 18, |
| v.                              ) | 2012 TO AUGUST 13, 2012 |
| ) | |
| ROBERT HANRAHAN, CAROLYN        ) | |
| HUERTA, JORGE SANDOVAL,         ) | |
| ) | |
| Defendants.                     ) | |
| _____) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Jason Hitt, Esq. and Defendant Robert Hanrahan through his attorney Linda Fullerton, Defendant Carolyn Huerta through her attorney Philip Cozens, and Defendant Jorge Sandoval through his attorney Tim Pori that:

The Status Conference currently scheduled for June 18, 2012 at 9:30 a.m. in Judge Shubb's Court be re-scheduled for August 13, 2012 at 9:30 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary for the other separated part of the conspiracy in this matter to go trial and for Defendants' attorneys to analyze the testimony from that trial as it may apply to

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -1-

the defendants in this trial.  Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time should be excluded from speedy trial calculations from June 18, 2012 through and including August 13, 2012.

It is so stipulated.

Dated: June 18, 2012                 /s/ Jason Hitt, Esq._____
                                     Jason Hitt, Esq.
                                     Assistant United States Attorney
                                     Eastern District of California


/s/Linda Fullerton_____         /s/ Philip Cozens_____

Linda Fullerton                      Philip Cozens

Attorney for Defendant Robert Hanrahan    Attorney for Defendant Carolyn Huerta


/s/ Tim Pori_____

Tim Pori

Defendant for Defendant Jorge Sandoval


**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for June 18, 2012 at 9:30 a.m. in Judge Shubb's Court be re-scheduled for August 13, 2012 at 9:30 in Judge Shubb's Court.  The stipulated continuance is necessary for the other separated part of the conspiracy in this matter to go trial and for Defendants' attorneys to analyze the testimony from that trial as it may apply to the defendants in this trial. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's

interest in a speedy trial.  Time is excluded from speedy trial calculations from June 18, 2012 through and including August 13, 2012.

Dated:   June 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -3-