**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00119 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| ROBERT HANRAHAN, JORGE SANDOVAL, et al., | |
| Defendants. | |
| _____/ | |

    The parties hereby stipulate that the status conference in this case be continued from Monday, October 15, 2012, at 9:30 a.m. to Monday, November 5, 2012, at 9:30 a.m. The parties stipulate that the time between October 15, 2012, and November 5, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, counsel for defendant Sandoval will be out of the country on a preplanned, prepaid vacation on the court-proposed date of October 29, 2012. Therefore the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance

1 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
2 3161 (h)(7)(A).
3    The parties further request that this matter be taken off the October 15, 2012
4 calendar before Judge William B. Shubb and be rescheduled for November 5, 2012, at
5 9:30 a.m. before Judge Shubb.

6                                        Respectfully submitted

7                                        LAW OFFICES OF TIM A. PORI

8  Date: October 12, 2012                /s/ Tim A. Pori
9                                        TIM A. PORI
                                         Attorney for Defendant JORGE SANDOVAL
10
   Date: October 12, 2012                /s/ Philip Cozens (Authorized 10/12/12)
11                                       PHILIP COZENS
                                         Attorney for Defendant CAROLYN HUERTA
12
   Date: October 12, 2012                /s/ Linda Fullerton (Authorized 10/9/12)
13                                       LINDA FULLERTON
                                         Attorney for Defendant ROBERT HANRAHAN
14
   Date: October 12, 2012                /s/ Jason Hitt (Authorized 10/9/12)
15                                       JASON HITT
                                         Assistant United States Attorney
16
   Date: October 12, 2012                /s/ William S. Wong (Authorized 10/9/12)
17                                       WILLIAM S. WONG
                                         Assistant United States Attorney
18

19

20                                     **ORDER**

21    IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter
22 is continued to November 5, 2012, at 9:30 a.m. before the Honorable William B. Shubb
23 and that the time between October 15, 2012, and November 5, 2012, be excluded from the
24 calculation of time under the Speedy Trial Act.
25 Dated:  October 12, 2012
26
27                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
28

2