UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 2:11-0119 WBS KJN |
| Plaintiff, | ORDER |
| v. | |
| ROBERT HANRAHAN, | |
| Defendant. | |

----oo0oo----

Defendant Robert Hanrahan, a federal prisoner proceeding pro se, has filed a Motion requesting the court to reduce the amount of time remaining on his sentence based on custody credits he claims he earned but which the Bureau of Prisons is denying him. (Def.'s Mot. (Docket No. 282).) "Calculation of time served in a federal sentence is governed by 18 U.S.C. § 3585(b)." United States v. Lualemaga, 280 F.3d 1260, 1265 (9th Cir. 2002). "§ 3585(b) does not authorize a district court to compute credit for time served." United States v. Peters, 470 F.3d 907, 909 (9th Cir. 2006) (citing United States

1

v. Wilson, 503 U.S. 329, 334 (1992)).  "Rather, credit for time served is a matter within the province of the Bureau of Prisons under § 3585(b) . . . ." United States v. Moore, 54 F. App'x 632, 633 (9th Cir. 2002).  Because the court lacks authority to grant the relief defendant requests, it must deny defendant's Motion.

       IT IS THEREFORE ORDERED that defendant's Motion (Docket No. 282) be, and the same hereby is, DENIED.

Dated: July 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE