1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                               ----oo0oo----

12    UNITED STATES OF AMERICA,          NO. 2:11-cr-119 WBS KJN

13                 Plaintiff,            ORDER

14         v.

15    ROBERT HANRAHAN,

16                 Defendant.

17

18                               ----oo0oo----

19          Before the court is the government's Motion to Correct

20    Sentence filed September 27, 2019.  (Docket No. 328.)  Defendant

21    Robert Hanrahan is hereby ORDERED to file a response to the

22    government's motion within thirty (30) days of the date of this

23    order.  The government may file a reply to defendant's response

24    no later than twenty-one (21) days from the date of filing of any

25    such response.  The court will then take the motion under

26    submission and will inform the parties if oral argument or

27    further proceedings are necessary.  If defendant does not file a

28    response within thirty days, the court will assume the defendant

1    does not oppose the motion and joins in it.

2          IT IS SO ORDERED.

3    Dated:   October 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE