IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00119-WBS-KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROBERT HANRAHAN, | |
| Defendant. | |

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States (Docket No. 328), the judgment and commitment order for defendant Robert Hanrahan is hereby ordered corrected in order to list the total overall sentence imposed as 286 months, 17 days, correcting the previous judgment and commitment order listing 375 months in prison. All other terms and conditions of the judgment and commitment order shall remain the same. The clerk shall issue an amended judgment in accordance with this Order.

In granting this motion, the court expresses no opinion as to defendant's arguments regarding his good time credits raised in his October 15, 2019 filing (Docket No. 332).

IT IS SO ORDERED.

Dated: October 30, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE