UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-cr-119 WBS KJN |
| Plaintiff, | ORDER |
| v. | |
| ROBERT HANRAHAN, | |
| Defendant. | |

----oo0oo----

Before the court is defendant Robert Hanrahan's December 6, 2019 letter requesting an amended judgment. (Docket No. 340.) The letter requests that the court order a Section 5G1.3(b) adjustment to his sentence, but such relief was already granted by the court's October 31, 2019 order (Docket No. 337) granting the government's motion to correct defendant's sentence (Docket No. 328). Accordingly, the requested relief is DENIED AS MOOT.

To the extent defendant's December 6, 2019 letter requests an adjustment to his good time credits, the court defers

1

such decision to the Bureau of Prisons.

IT IS SO ORDERED.

Dated: December 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE