UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:11-cr-119 WBS KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROBERT HANRAHAN, | |
| Defendant. | |

----oo0oo----

Defendant Robert Hanrahan has filed a Motion for Clarification of Sentence. (Docket No. 385.) The government is hereby ORDERED to file a response to defendant's motion within thirty (30) days of the date of this order. Defendant may file a reply to the government's response no later than twenty-one (21) days from the date of filing of any such response. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated: April 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE