UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ROBERT HANRAHAN,<br>    Defendant. | No. 2:11-cr-119-01 WBS KJN<br><br>ORDER |

----oo0oo----

On September 27, 2019, the government filed a motion to correct defendant Robert Hanrahan's sentence pursuant to Rule 36 of the Federal Rules of Criminal Procedure to reflect the intent of the parties and the court at the time of Hanrahan's original sentence. (Docket No. 328.) After receiving defendant's response to the motion (Docket Nos. 331 and 332) and further briefing from the government (Docket No. 334), the court, on October 31, 2019, granted the government's motion and ordered the sentence reduced from 375 months to 286 months and 17 days in prison. (Docket No. 337.) On November 8, 2019, the Clerk

1

entered an Amended Judgment in accordance with the court's Order. (Docket No. 339.)

On March 30, 2021, Hanrahan filed a Motion for Clarification of Sentence. (Docket No. 385.) The court, on April 9, 2021, ordered the government to file a response to defendant's motion within 30 days of the court's order. (Docket No. 389.) The government filed no response within the time allotted. Instead, on June 3, 2021, two weeks after the time had expired, the government filed a Motion for Extension of Time to respond to defendant's motion. (Docket No. 393.) While the government apologizes for failing to file a timely responsive pleading, it makes no explanation for why it could not have filed its request for extension of time before the date its response was due.

The court cannot condone the ignoring of its orders. Accordingly, the belated request for an extension of time will be denied, and the court will proceed directly to the merits of defendant's motion. Upon reviewing the entire file in this matter, the court concludes that its Order of October 31, 2019, and the ensuing Amended Judgment and Commitment, accurately reflect the court's intentions in imposing the sentence and require no further clarification.

IT IS THEREFORE ORDERED that the government's untimely motion for an extension of time (Docket No. 393), and the defendant's motion for clarification of sentence (Docket No. 385), be, and the same hereby are DENIED.

Dated: June 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2